IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:97-cr-00011-MMP

WELDON WASHINGTON, JR.,

    Defendant.
_____/

## O R D E R

This matter is before the Court on the disposition of the Final Hearing on the Revocation of Supervised Release as to Weldon Washington, Jr., which was continued by prior order to allow the United State Probation Office to find a suitable in-patient treatment facility. The Probation Office has completed its investigation, and this matter is now ready for final disposition. Accordingly, the disposition hearing on the revocation of supervised release is hereby set for Thursday, August 2, 2007, at 1:30 p.m.

    **DONE AND ORDERED** this  *27th* day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge